APPENDIX  X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Dominick DeSimone                :     CIVIL ACTION

                           :

             v.                 :

U.S. Claims Services, Inc., et al.       :     NO.    19-06150

<u>ORDER</u>

AND NOW, this         Day of            , 20    , it is hereby

ORDERED that the application of <u>William W. Palmer</u> , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐    GRANTED.

☐    DENIED.

_____

                                        J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#_____

***APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I. APPLICANT'S STATEMENT

I, _____William W. Palmer_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  *I state that I am currently admitted to practice in the following state jurisdictions:*

| California | 06/13/1990 | 146404 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  *I state that I am currently admitted to practice in the following federal jurisdictions:*

| See Attachment A | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*  U.S. Claim Services, Inc.

_____
(Applicant's Signature)

12/18/2019
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Palmer Law Group, a PLC

2443 Fair Oaks Blvd., No. 545, Sacramento, California 95825

Office: (916) 972-0761 / Facsimile: (916) 917-5397

Sworn and subscribed before me this

_____ Day of _____, 200___

_____
Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____William W. Palmer_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| John P. Quinn | | 02/28/2001 | 85239 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Marshall Dennehey

2200 Market Street, Suite 2300, Philadelphia, Pennsylvania 19103

Office: (21An5) 575-2883 / Facsimile: (215) 575-0856

Sworn and subscribed before me this

2nd Day of JANUARY, 2000

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELLEN A. CONLY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 11, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dominick DeSimone | : | CIVIL ACTION |
| | : | |
| v. | : | |
| U.S. Claim Services, Inc., et al. | : | |
| | : | NO.   19-06150 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of_____William W. Palmer_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

Andrew B. Austin, Esquire
_____

P.O. Box No: 54628, Philadelphia, PA  19148
_____

_____


Signature of Attorney

John P. Quinn
Name of Attorney

U.S. Claim Service
Name of Moving Party

01/02/2020
Date