IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINICK DESIMONE,<br><br>    *Plaintiff,*<br><br>v.<br><br>U.S. CLAIMS SERVICES INC., et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 19-06150 |

## ORDER

**AND NOW**, this 3rd day of January, 2020, upon consideration of Defendants U.S. Claim Services, Inc. and Paul Hashim's Motion for *Pro Hac Vice* (ECF No. 2), it is hereby **ORDERED** that the Motion is **DENIED**.[1]

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.

---

[1] Defendants are directed to refer to the Court's updated Policies and Procedures, Part I.D ("*Pro Hac Vice* Motions"), *available at* https://www.paed.uscourts.gov/documents/procedures/pappol.pdf.