# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINICK DESIMONE,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. CLAIMS SERVICES, INC., et al.,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 19-06150 |

## ORDER

**AND NOW**, this 3rd day of February, 2020, upon consideration of Plaintiff Dominick Desimone's Motion for Leave to File a Sur-Reply (ECF No. 13), it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's Sur-Reply (Exhibit A of ECF No. 13) is deemed filed as of January 31, 2020.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.