IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINICK DESIMONE, *Plaintiff,* v. U.S. CLAIMS SERVICES, INC., and PAUL HASHIM *Defendants.* | CIVIL ACTION NO. 19-6149 & NO. 19-6150 |

## ORDER

**AND NOW**, this 11th day of March 2020, upon consideration of Plaintiff's Complaint (No. 19-6150, ECF No. 1), Defendants' Motion to Dismiss (No. 19-6150, ECF No. 5), Plaintiff's Response (No. 19-6150, ECF No. 8), Defendants' Reply (No. 19-6150, ECF No. 11), and Plaintiff's Sur-Reply (No. 19-6150, ECF No. 15), it is hereby **ORDERED** that the Motion is **GRANTED**:

1. Count I is **DISMISSED** without prejudice;

2. Count II is **DISMISSED** with prejudice;

3. DeSimone may file an amended complaint on or before April 1, 2020;

4. DeSimone's Motion to Dismiss (No. 19-6149, ECF No. 7) is **DENIED** as moot; and

5. The Clerk shall close Civil Action No. 19-6149.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.