IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dominick DeSimone : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO: 2:19-cv-06150-GJP |
| U.S. Claims Services, Inc. and : | |
| Paul Hashim : | |
| : | |
| : | |

**PRAECIPE TO ATTACH PROPOSED ORDER AND COVER MOTION**

TO THE CLERK:

    Named Defendants U.S. Claims Services, Inc. and Paul Hashim, by and through their counsel of record, respectfully file this Praecipe to Attach a Proposed Order and Cover Motion to the previously filed Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

    Respectfully submitted,

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN, P.C.**

By:   */s/ John P. Quinn*
    _____
    JOHN P. QUINN, ESQUIRE
    Attorney ID No.: 85239
    Attorney for Defendants
    2000 Market Street, Suite 2300
    Philadelphia, PA  19103
    (215) 575-2883
    jpquinn@mdwcg.com

Dated: April 17, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dominick DeSimone | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO: 2:19-cv-06150-GJP |
| U.S. Claims Services, Inc. and Paul Hashim | : |

## ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of the 12(b)(6) Motion to Dismiss of the Defendants U.S. Claim Services, Inc. and Paul Hashim, the Plaintiff's claims against Defendants are hereby **DISMISSED**.

                                             **BY THE COURT:**

                                             _____
                                                                J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dominick DeSimone | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO: 2:19-cv-06150-GJP |
| U.S. Claims Services, Inc. and | : |
| Paul Hashim | : |
| | : |
| | : |

**RULE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FILED BY DEFENDANTS U.S. CLAIMS SERVICES, INC. AND PAUL HASHIM**

Defendants U.S. Claims Services, Inc. and Paul Hashim, by and through their counsel, Marshall Dennehey Warner Coleman & Goggin, respectfully request that this Honorable Court grant their Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Defendants now move to have Plaintiff's Amended Complaint dismissed with prejudice. In support thereof, moving Defendants incorporate by reference, as if fully set forth herein, the accompanying Memorandum of Law.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By: /s/ John P. Quinn
_____
JOHN P. QUINN, ESQUIRE
Attorney ID No.: 85239
Attorney for Defendants
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2883
jpquinn@mdwcg.com

Dated: April 17, 2020

## CERTIFICATE OF SERVICE

    I hereby certify that true and copy of Defendants' Praecipe to Attach Proposed Order and Cover Motion was made on the below counsel of record via electronic filing:

Andrew B. Austin, Esquire<br>
P.O. Box #54628<br>
Philadelphia, PA 19148<br>
austin@stackhousegroup.com

                Respectfully submitted,

                **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

                */s/ John P. Quinn*
By:_____
                JOHN P. QUINN, ESQUIRE
                Attorney ID No.: 85239
                Attorney for Defendants
                2000 Market Street, Suite 2300
                Philadelphia, PA 19103
                (215) 575-2883
                jpquinn@mdwcg.com

Dated: April 17, 2020