# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOMINICK DESIMONE,

        *Plaintiff,*

    v.

U.S. CLAIMS SERVICES, INC., and
PAUL HASHIM

        *Defendants.*

CIVIL ACTION

NO. 19-6150

## ORDER

    **AND NOW**, this 20th day of May 2020, upon consideration of Plaintiff DeSimone's Amended Complaint (ECF No. 19), Defendants' Motion to Dismiss (ECF No. 20), Plaintiff's Response (ECF No. 22), and Defendants' Reply (ECF No. 23), it is hereby **ORDERED** that the Motion is **GRANTED**. Counts I – IV are **DISMISSED** with prejudice. The Clerk shall close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.