IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMINICK DESIMONE,** | : | |
| Plaintiff | : | **CIVIL ACTION** |
| | : | |
| vs. | : | **NO. 19-6150** |
| | : | |
| **U.S. CLAIMS SERVICES, INC.** and | : | |
| **PAUL HASHIM,** | : | |
| Defendants | : | |

## JUDGMENT

**AND NOW**, this 10th day of August, 2021, judgment is hereby entered in favor of Defendants U.S. Claims Services, Inc. and Paul Hashim, and against Plaintiff Dominick DeSimone, in the amount of $495.00.

The total amount requested on the Defendants' Bill of Costs form (Docket No. 30) is reduced by $80.00 and increased by $84.00. The $80.00 in costs for pro hac vice admission fees are not taxable pursuant to 28 U.S.C. § 1920. Accordingly, those costs will not be taxed. While the Defendants did not list their appellate costs on the Bill of Costs form, they attached as an exhibit the judgment from the United States Court of Appeals for the Third Circuit awarding them $84.00 in appellate costs. Accordingly, the appellate costs of $84.00 and the district court filing fees of $411.00 will be taxed.

KATE BARKMAN
Clerk of Court

By:   */s/ Sharon A. Hall-Moore*
Deputy Clerk